# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2015

151053 (65)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

CITY OF HOLLAND,
        Plaintiff-Appellee,

v

        SC: 151053
        COA: 315541
        Ottawa CC: 12-002758-CZ

CONSUMERS ENERGY COMPANY,
        Defendant-Appellant.

_____/

       On order of the Court, the motion to disqualify is considered, and it is DENIED. The application for leave to appeal remains pending.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2015

t0422

Clerk